UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

EVA LIGHTHISER; et al.,

   Plaintiffs - Appellants,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

   Defendants - Appellees,

STATE OF MONTANA; et al.,

   Intervenor-Defendants - Appellees.

No. 25-6714

D.C. No. 2:25-cv-00054-DLC
District of Montana, Butte

ORDER

---

Before: OWENS, VANDYKE, and SUNG, Circuit Judges.

The panel has unanimously voted to deny the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge

has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for rehearing en banc (Dkt. 98) is **DENIED**.